UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No:3:04-CR-110 |
| GARRETT BAILEY,<br>a.k.a. Gary Bailey, | ) |
| Defendant. | ) |

## AGREED ORDER

A Petition for Revocation of Supervised Release has been filed against the Defendant, Garrett Bailey, and the Defendant admits that he has violated the conditions of his supervised release.

It therefore appearing to the Court from the record as a whole that Mr. Bailey has violated the conditions of his supervised release, that he has waived his rights to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, that he as waived his right to allocute at a revocation hearing, and that the agreement of the Defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure is proper,

IT IS HEREBY ORDERED that Mr. Bailey's supervised release should be revoked and he should receive a sentence of imprisonment of three months with 24 months of supervision to follow said sentence. The current terms and conditions of supervised release will continue when he is released to supervision. He will be permitted to self-report when designated to a facility by the Federal Bureau of Prisons, and will be supervised by the Pretrial Services Office until he so reports.

The Court recommends that Mr. Bailey be designated to serve said sentence at the BOP facility in Manchester, Kentucky, and that he be recommended for a program of drug and alcohol treatment while there.

The Court further orders that within 72 hours of release from the custody of the Bureau of Prisons, Mr. Bailey shall report in person to the probation office in the district to which he is released. Mr. Bailey shall not possess a firearm as defined in 18 U.S.C. 921. Mr. Bailey shall comply with the standard and special conditions of supervision previously imposed. In addition, Mr. Bailey shall comply with the following special condition:

> Mr. Bailey shall reside at Midway Sanction Center for a period of 180 days, to commence upon release from the Bureau of Prisons, and shall observe the rules of that facility.

Title 18 U.S.C. 3565(b) and 3583(g) require mandatory revocation of probation or supervised release for possession of a controlled substance or a firearm, or for refusal to comply with drug testing.

ENTER this 16th day of JUNE, 2006.

_____
HON. THOMAS W. PHILLIPS
U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:

*[signature]*

David C. Jennings, TN Bar #006180
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167

*[signature]*

Richard L. Gaines (BPR No. 015462)
Attorney for Defendant Garrett Bailey
ELDRIDGE & GAINES, PLLC
606 W. Main Street, Suite 350
P.O. Box 84
Knoxville, Tennessee 37901-0084
(865) 523-7731

*[signature]*

Garrett L. Bailey
(a.k.a. Gary Bailey)

*[signature]*

Trine Robinette
U.S. Probation Officer